Coy Ray **PHELPS**, Petitioner–Appellant,

v.

Art **BEELER**, Respondent–Appellee.

No. 02–7586.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Dec. 4, 2002.

Coy Ray Phelps, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Coy Ray Phelps appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Phelps v. Beeler,* No. CA–02–598–5–BO (E.D.N.C. filed Sept. 4, 2002 & entered Sept. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*